UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/02/2020

BRAULIO THORNE, *and on behalf of all other persons similarly situated,*

                Plaintiff,

-against-

COASTAL FISHING COMPANY,

                Defendant.

1:19-cv-01042 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR.**, United States District Judge:

In addition, it having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: January 2, 2020
      New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge